**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*August 02, 2024*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. **4:24-mj-352** |
| STEPHEN B. ALMS, a.k.a. "COWBOY," | ) ) ) ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 6, 2023__ in the county of __Galveston__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count One: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | Count One: Felon in possession of a firearm.<br><br>See Attachment A, incorporated herein by reference. |

This criminal complaint is based on these facts:

See attached affidavit of probable cause.

☑ Continued on the attached sheet.

*/s/ Keith Kern*
Complainant's signature

FBI TFO Keith Koncir
Printed name and title

Sworn to before me and signed by telephone

Date: August 02, 2024

*/s/ Richard W. Bennett*
Judge's signature

City and state: Houston, Texas

Richard W. Bennett, United States Magistrate Judge
Printed name and title

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                              Plaintiff,<br><br>v.<br><br>**STEPHEN B. ALMS,**<br>**a.k.a. "COWBOY,"**<br><br>                              Defendant. | Case No. __4:24-mj-352__<br><br>(UNDER SEAL) |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Keith Koncir, being duly sworn, state under oath that:

1. I am assigned as a task force officer ("TFO") with the Houston Division of the Federal Bureau of Investigation ("FBI") and have been since January 2024. I am currently assigned to the FBI Houston Division's Safe Streets Task Force ("SSTF"). Prior to my current assignment as a TFO, I was employed as a Special Agent of the FBI since 2002. I was assigned to the FBI Houston Division's SSTF, which is comprised of local, state, and federal law enforcement. I have experience working complex investigations to include Racketeer Influenced and Corrupt Organizations ("RICO"), Violent Crimes in Aid of Racketeering ("VCAR"), and federal and state narcotics and firearms investigations. As a member of the SSTF, I have experience working complex investigations to include RICO conspiracy investigations, VCAR investigations, firearms violations, and complex narcotics investigations. My investigations have included the execution of search, seizure, and arrest warrants.

2. The facts in this affidavit come from my personal observations, training, and experience, and information obtained from other law enforcement officers and witnesses. This

1

affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

3. Based on the facts as set forth in this affidavit, there is probable cause to believe that on or about October 6, 2023, **STEPHEN B. ALMS, a.k.a. "COWBOY,"** violated 18 U.S.C. §§ 922(g)(1) and 924(a)(8), that is, felon in possession of a firearm.

4. The Bandidos Outlaw Motorcycle Gang ("OMG") is an "outlaw" motorcycle group comprised of individual chapters located in various cities in Texas and elsewhere. The Bandidos OMG identifies itself as an outlaw motorcycle organization through the public display of the "1%" symbol. The 1% symbol signifies that the membership of this organization has chosen to be part of the very small fraction of motorcycle riders who defy legal conventionality and consider themselves "outlaws" or lawbreakers. The Bandidos OMG is engaged in numerous criminal activities that serve to benefit the organization as a whole and its members. **ALMS** has been identified as a member of the Bandidos OMG.

5. For example, on July 11, 2023, agents located a photograph on a public social media account depicting an individual I recognize as **ALMS** without a shirt and displaying two new tattoos on his shoulders (right and left respectively): one is in the design of the "Expect No Mercy" patch and one is in the design of the "1%er" diamond.



6. From my training and experience, I am aware that only fully patched members of the Bandidos OMG can wear and claim the "1% er" diamond on their "cuts" (a vest commonly made from leather or jean material declaring an affiliation with a specific OMG) and thus are authorized to wear it on tattoos, belt buckles, t-shirts, etc. Furthermore, I know that the "Expect No Mercy" patch is a circular patch with a gold background, red outline, and red lettering that says "Expect No Mercy" in the middle. I am aware that the "Expect No Mercy" patch is unique to the Bandidos OMG and is not authorized to be worn by every Bandidos member. Instead, the "Expect No Mercy" patch is earned and is rewarded to a Bandidos member who commits a significant act of violence in furtherance of the gang and racketeering enterprise, most often seen earned by committing assaults and shootings against rivals. Furthermore, I know that when a member has earned an "Expect No Mercy" patch for his Bandidos "cut," that member is also authorized to wear jewelry and/or obtain tattoos of the "Expect No Mercy" design.

7. On October 4, 2023, the Honorable Sam Sheldon, United States Magistrate Judge, Southern District of Texas, signed a federal search warrant authorizing the search of the identified

3

residence of **ALMS** at 314 South Washington Street, Texas City, Texas, and his gray Ford F-150 pickup truck bearing Texas license plate SNC-5784 for evidence of racketeering activity.

8. On October 6, 2023, at approximately 6:00 a.m., agents executed the search warrant at **ALMS's** residence within the Southern District of Texas. Upon clearing the residence, law enforcement encountered three individuals: C.J., C.H., and **ALMS**. I recovered various items bearing Bandidos OMG paraphernalia to include clothing items, jewelry, motorcycle helmet, a Bandidos "cut," Bandidos patches, body armor, an extended magazine, a drum magazine, and a Taurus brand, G2C model, nine-millimeter, semi-automatic handgun bearing serial number ACB529628.

9. The aforementioned Taurus handgun was located in plain view on top of the refrigerator in the kitchen of **ALMS's** residence along with the extended magazine and drum magazine. C.J. and C.H. informed law enforcement that neither the Taurus handgun nor the body armor were theirs, though C.H. claimed two other firearms recovered from his bedroom during the search.



10. Additionally, on October 6, 2023, I recovered a notebook in **ALMS's** bedroom within his residence bearing his name. Within the notebook were handwritten notes documenting criminal activity **ALMS** took part in, including: "joined a gang," "shot someone," and "robbed a lot of people."



11. **ALMS** is a convicted felon and cannot lawfully possess firearms or ammunition in the United States. On February 15, 2023, **ALMS** was convicted of felony possession of a controlled substance in Denton County, Texas.

12. On July 31, 2024, Special Agent ("SA") Ndegwa Washington reviewed the following firearm's information for the purposes of identification and origin for a determination of interstate nexus: a Taurus brand, G2C model, nine-millimeter, semi-automatic handgun bearing serial number ACB529628. SA Washington advised me that the firearm was manufactured outside of the state of Texas.

13. Based on the foregoing, I believe there is probable cause that **ALMS** violated 18 U.S.C. §§ 922(g)(1) and 924(a)(8), that is, felon in possession of a firearm.

I swear under penalty of perjury that the foregoing is true and correct.

*[signature]*
Keith Koncir
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me telephonically this 2nd day of August 2024, and I find probable cause.

*[signature]*
HONORABLE RICHARD W. BENNETT
United States Magistrate Judge
Southern District of Texas

## ATTACHMENT A

### COUNT ONE
*Felon in Possession of a Firearm*

On or about October 6, 2023, in the Southern District of Texas, the defendant, **STEPHEN B. ALMS, a.k.a. "COWBOY,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Taurus brand, G2C model, nine-millimeter, semi-automatic handgun bearing serial number ACB529628, and said firearm had been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).